# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: GEORGE J. MITTELBRUN, JR.　§　Case No. 11-81874
　　　　KATHERINE H. MITTELBRUN　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　Debtor(s)　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/26/2011.

2) The plan was confirmed on 12/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/02/2014, 01/09/2015.

5) The case was dismissed on 01/09/2015.

6) Number of months from filing or conversion to last payment: 41.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,605.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 17,252.65 | |
| Less amount refunded to debtor(s) | $ 106.45 | |
| **NET RECEIPTS** | | $ 17,146.20 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,400.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 972.20 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,372.20 |
| Attorney fees paid and disclosed by debtor(s): | $ 100.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,400.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 190.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Pri | 2,941.00 | 11,338.68 | 11,338.68 | 11,338.68 | 0.00 |
| WISCONSIN DEPARTMENT OF | Uns | 0.00 | 1,899.50 | 1,899.50 | 18.44 | 0.00 |
| AAMS | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERV | Uns | 396.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERV | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| AEC INTERNATIONAL | Uns | 287.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HOSPITAL | Uns | 2,910.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN FPD | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 807.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 790.00 | 920.22 | 920.22 | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 697.00 | 697.71 | 697.71 | 0.00 | 0.00 |
| AURORA HEALTH CARE | Uns | 1,257.00 | 2,351.10 | 2,351.10 | 22.82 | 0.00 |
| AURORA HEALTH CARE | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| AURORA MEDICAL GROUP | Uns | 352.00 | NA | NA | 0.00 | 0.00 |
| AURORA MEM BURLINGTON | Uns | 94.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AVON PRODUCTS | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| AVON PRODUCTS | Uns | 404.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON CARDIOLOGY | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| BIEHL & BIEHL | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION | Uns | 1,022.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Uns | 2,412.00 | 999.86 | 999.86 | 0.00 | 0.00 |
| CARDIO SPECIALIST | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATION | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| CCA | Uns | 589.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 1,528.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 757.00 | 636.50 | 636.50 | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS - | Uns | 623.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE CARD | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE ORTHO | Uns | 790.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Uns | 383.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Uns | 329.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC | Uns | 323.00 | NA | NA | 0.00 | 0.00 |
| CROSSINGS BOOK CLUB | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CYBER COLLECT | Uns | 203.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 819.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 110.00 | 110.65 | 110.65 | 0.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Uns | 16,267.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE INTRESET MEDICAL | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| EBERLES LANDSCAPE | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSICIAN | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Uns | 528.00 | NA | NA | 0.00 | 0.00 |
| EYE CENTER | Uns | 384.00 | NA | NA | 0.00 | 0.00 |
| EYE CENTER | Uns | 384.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SERVICE | Uns | 1,371.00 | 1,371.35 | 0.00 | 0.00 | 0.00 |
| FINANCIAL CONTROL SOLUTIONS | Uns | 1,371.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 249.00 | NA | NA | 0.00 | 0.00 |
| FOUR SEASONS CLEANERS | Uns | 45.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| FRONTIER | Uns | 205.00 | NA | NA | 0.00 | 0.00 |
| GEORGE ZAHRESELSKI | Uns | 698.00 | NA | NA | 0.00 | 0.00 |
| GUIDE POSTS | Uns | 11.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Uns | 637.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 579.00 | NA | NA | 0.00 | 0.00 |
| HEALTH VISIONS | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| HUNTLEY PARK DISTRICT | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| ICE MOUNTAIN WATER | Uns | 483.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 55,468.00 | 21.03 | 21.03 | 21.03 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 50,929.76 | 50,929.76 | 494.34 | 0.00 |
| IRS | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| IZAAK WALTON LEAGUE | Uns | 3,600.00 | NA | NA | 0.00 | 0.00 |
| IZAAK WALTON LEAGUE OF | Uns | 3,657.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD | Uns | 806.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 399.00 | NA | NA | 0.00 | 0.00 |
| MEIJER INC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIANS GROUP | Uns | 382.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST SPORTS | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 458.00 | 1,232.80 | 1,232.80 | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST DIAGNOSTICS | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST HEALTH CARE | Uns | 96.00 | 462.44 | 462.44 | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGE | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| OPEN MRI | Uns | 686.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| PAUL LUCAS MD | Uns | 1,221.00 | NA | NA | 0.00 | 0.00 |
| PELLITTIER & ASSOCIATES | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MRI | Uns | 139.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRM | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| RAB INC | Uns | 732.00 | NA | NA | 0.00 | 0.00 |
| RIC SERVICE INC | Uns | 1,263.00 | NA | NA | 0.00 | 0.00 |
| ERROR | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| SAFE WAY | Uns | 244.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Uns | 12,424.00 | 16,266.82 | 16,266.82 | 157.89 | 0.00 |
| SHERMAN HOSPITAL | Uns | 4,670.00 | NA | NA | 0.00 | 0.00 |
| SOUND & SPIRIT CLUB | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 533.00 | 1,731.51 | 1,731.51 | 16.80 | 0.00 |
| STATE COLLECTION SERV | Uns | 263.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 744.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 254.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT SERVICE | Uns | 1,014.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 205.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 698.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | Uns | 2,942.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 1,103.59 | 1,103.59 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 438.22 | 438.22 | 0.00 | 0.00 |
| AT&T | Uns | 0.00 | 108.33 | 108.33 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,046.10 | 1,046.10 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Pri | 0.00 | 704.00 | 704.00 | 704.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 12,063.71 | $ 12,063.71 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 12,063.71 | $ 12,063.71 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 80,935.11 | $ 710.29 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,372.20 |
| Disbursements to Creditors | $ 12,774.00 |
| **TOTAL DISBURSEMENTS:** | $ 17,146.20 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  03/25/2015    By:  /s/ Lydia S. Meyer
                                                        Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.